**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Misc. Action No. 1:20-mc-00191-WJM-KLM

In re Application of Daniel Snyder
for an Order Directing Discovery from
Peter Schaffer
Pursuant to 28 U.S.C. § 1782

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel Coleman T. Lechner, one of

the attorneys of record for Petitioner Daniel Snyder ("Snyder") submits this motion to withdraw

as counsel and submits the following as good cause:

Undersigned counsel will be imminently departing the law firm of Foley & Lardner LLP

to take an in-house counsel position with a company.  That company is not any of the parties in

this matter.

Thomas J. Krysa, also of the firm Foley & Lardner LLP, remains as an attorney of record

for Snyder.

Accordingly, Snyder still has legal counsel of record, and there would be no prejudice to

Snyder or any of the other parties in the granting of this motion.

The undersigned certifies that he provided a copy of this motion to withdraw to Snyder

and his remaining counsel of record, Thomas J. Krysa, contemporaneously with the filing of the

motion.

Accordingly, undersigned counsel respectfully requests that this motion to withdraw be

granted.

1

Dated:  February 5, 2021.                    Respectfully submitted,


                                             s/ Coleman T. Lechner
                                             **_Coleman T. Lechner_**
                                             Foley & Lardner LLP
                                             600 17th Street, Suite 2020S
                                             Denver, CO 80202
                                             Telephone:   720.437.2000
                                             FAX: 720.437.2200
                                             Email:  clechner@foley.com

                                             Attorneys for Petitioner Daniel Snyder


## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 5, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

**All counsel of record**

                                     _s/ Coleman T. Lechner_
                                     Coleman T. Lechner