IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-mc-00191-WJM-KLM

IN RE APPLICATION OF DANIEL SNYDER FOR AN ORDER
DIRECTING DISCOVERY FROM PETE SCHAFFER PURSUANT
TO 28 U.S.C. § 1782

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Motion to Withdraw as Counsel** [#6] (the "Motion") filed by Attorney Coleman T. Lechner ("Lechner"), counsel for Petitioner Daniel Snyder.

      IT IS HEREBY **ORDERED** that the Motion [#6] is **GRANTED**. Attorney Lechner is relieved of any further representation of Petitioner Daniel Snyder in this case. The Clerk of Court is instructed to terminate Attorney Lechner as counsel of record, and to remove his name from the electronic certificate of mailing. Petitioner shall continue to be represented by Attorney Thomas J. Krysa.

      Dated: February 8, 2021